**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAGHVENDRA SINGH,<br><br>    Plaintiff,<br><br>v.<br><br>SHUBHANGINI DEVINE,<br><br>    Defendants. | Case No.: 1:22-cv-00061-SAB (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED<br><br>(ECF No. 8) |

Plaintiff Raghvendra Singh is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On February 18, 2022, the Court screened Plaintiff's complaint, found no cognizable claims, granted Plaintiff thirty days to file an amended complaint. (ECF No. 8.) Plaintiff has not responded to the Court's order and the time to do so has expired. Accordingly, within fourteen (14) days from the date of service of this order, Plaintiff shall show cause why this action should not be dismissed for failure to prosecute, failure to comply with a court order, and failure to state a cognizable claim for relief. Plaintiff's failure to comply with this order will result in a recommendation to dismiss the action.

IT IS SO ORDERED.

Dated: **April 11, 2022**

                                         UNITED STATES MAGISTRATE JUDGE