# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAGHVENDRA SINGH,<br><br>    Plaintiff,<br><br>v.<br><br>SHUBHANGINI DEVINE,<br><br>    Defendants. | Case No.: 1:22-cv-00061-SAB (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF Nos. 9, 11) |

    Plaintiff Raghvendra Singh is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

    On February 18, 2022, the Court screened Plaintiff's complaint, found no cognizable claims, granted Plaintiff thirty days to file an amended complaint. (ECF No. 8.) Plaintiff failed to respond to the Court's order. Therefore, on April 11, 2022, the Court ordered Plaintiff to show cause within fourteen days why the action should not be dismissed. (ECF No. 9.)

    On April 22, 2022, Plaintiff filed a response to the order to show along with a first amended complaint. Based on Plaintiff's response and the filing of the first amended complaint, it is HEREBY ORDERED that the order to show cause issued on April 11, 2022, is DISCHARGED, and the Court will screen the amended complaint in due course.

IT IS SO ORDERED.

Dated: **April 25, 2022**

                                         UNITED STATES MAGISTRATE JUDGE